# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ZAIDA RIVERA HERNANDEZ

Bkrtcy. No. 10-09138-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 30, 2010
Meeting Date: Nov 04, 2010
DC Track No. 2 6

Days from petition date: 35
Meeting Time: 3:00 PM

910 Days before Petition: 4/3/2008
☐ Chapter 13 Plan Date: Sep 30, 2010 Dkt.# 2
☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $22,500.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Dec 03, 2010
Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $375.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☐ Creditor(s) present: ☒ None.
☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were  ☒ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s)  ☒ Present  ☐ Not Present
☐ Substitute attorney:  ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00   Paid Pre-Petition: $0.00   Outstanding: $3,000.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are)  ☐ Under  ☒ Above Median Income.  Liquidation Value: TBD
Commitment Period is  ☐ 36  ☒ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: 0

13.031  The Trustee  ☐ RECOMMENDS  ☒ OBJECTS  Plan confirmation.
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☒ CLOSED  ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

Debtor must provide evidence of her participation or interest in real property.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Nov 04, 2010